# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| JOHN FILLETI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| AOL Inc. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBERT J. LLOYD, III

Robert J. Lloyd, III hereby declares under penalty of perjury that the following is true and correct:

1. I am more than 18 years of age and make the following affidavit based on my own personal knowledge and my review of relevant records. I understand that I am making this affidavit in support Defendant's removal of the above-captioned action from Massachusetts state court to federal court.

2. I am the Senior Director and Legal Counsel of Oath Inc. (f/k/a AOL Inc.). As such, I have access to, and am familiar with, the corporate records of Oath Inc.

3. AOL Inc. changed its name to Oath Inc. on or about June 13, 2017 by filing a Certificate of Amendment of its Certification of Incorporation with the Delaware Secretary of State's Division of Corporations.

4. Oath Inc. is a corporation formed under the laws of Delaware.

5. Oath Inc. has dual headquarters. The headquarters for Oath Inc.'s Yahoo! brand is in Sunnyvale, California. The headquarters for Oath Inc.'s AOL brand is in New York, New York.

1

In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing Affidavit is true and correct.

Executed this 6th day of March, 2018.

Robert J. Lloyd, III
Senior Director and Legal Counsel
Oath Inc.